# Third District Court of Appeal

## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-30
Lower Tribunal No. 16-4304
_____

**Quanisha Harris,**
Appellant,

vs.

**Carolyn Walker, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mindy S. Glazer, Judge.

Peter A. Cohen, P.A., and Peter A. Cohen; Wasson & Associates, Chartered, and Roy D. Wasson, for appellant.

Marva L. Wiley, for appellee.

Before LOGUE, SCALES, and LOBREE, JJ.

PER CURIAM.

"The lower court's ultimate factual determinations during a non-jury trial may not be disturbed on appeal unless shown to be unsupported by competent and substantial evidence or to constitute an abuse of discretion." Mia. Real Estate Inv., LLC v. Beini Xu, 252 So. 3d 292, 293 (Fla. 3d DCA 2018). Additionally, without a transcript, and in the absence of fundamental error on its face, an appellate court must affirm a trial court's decision. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

Affirmed.